IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK BOWERSOCK,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

    Defendant.

No. C 13-0476 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    In a notice dated February 4, 2013, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within thirty days or his action would be dismissed.

    More than thirty days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 4/8/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR 13\Bowersock 13-476.DISM(noCOMPL&noIFP).wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARK BOWERSOCK,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV13-00476 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Bowersock K28189
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: April 8, 2013

                Richard W. Wieking, Clerk
                By: Lisa Clark, Deputy Clerk